**CAPITAL MACHINE COMPANY, INC., and Indiana Forge, LLC, Plaintiffs/Counterclaim Defendants–Appellants,**

and

**William L. Koss, Counterclaim Defendant,**

v.

**MILLER VENEERS, INC., Thomas A. Miller, Benjamin R. Miller, Sally M. Sando, Robert D. Brand, Indianapolis Veneer Works, LLC, Egenolf Machine, Inc., and Merritt Plywood Machinery, Inc., Defendants/Counterclaimants–Appellees.**

No. 2014–1171.

United States Court of Appeals, Federal Circuit.

Aug. 7, 2014.

Paul B. Overhauser, Overhauser Law Offices, LLC, Greenfield, IN, argued for plaintiffs/counterclaim defendants-appellants.

Michael A. Swift, Maginot, Moore & Beck, LLP, Indianapolis, IN, argued for defendants/counterclaimants-appellees. Of counsel on the brief were J. Lee McNeely, Cynthia A. Bedrick, and Charles B. Daugherty, McNeely Stephenson Thopy & Harrold, Shelbyville, IN.

LOURIE, O'MALLEY, and HUGHES, Circuit Judges.

**JUDGMENT**

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**